UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PABLO ALEJANDRO RODRIGUEZ VILLEGAS,<br><br>Defendant. | CASE NO. MJ25-224<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. §922(g)(5)(A); |

BEFORE, Mary Alice Theiler, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

### (Illegal Alien in Possession of Firearms)

On or about April 10, 2024, in Federal Way, King County, within the Western District of Washington, and elsewhere, the defendant PABLO ALEJANDRO RODRIGUEZ VILLEGAS, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, a firearm, that is a Glock 9mm pistol, serial

Complaint - 1
*United States v. Rodriguez Villegas*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

number LCC513, that had been shipped or transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

I, MEILYN QUITIQUIT, being first duly sworn on oath, depose and say:

## AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since October 20, 2024.

2. I am currently assigned to the Seattle Field Division where I am a member of the Violent Crime, Gang, and Transnational Organized Crime – Western Hemisphere squad. As part of my daily duties as a Law Enforcement Officer, I conduct investigations on criminal violations relating to assault, including violations of Title 18, United States Code, Section 922, and related offenses. As an FBI Special Agent, I have been trained to investigate a variety of crimes, including cases involving federal criminal violations related to violent crimes, illegal drug sales and distribution, gang related criminal activities, and special jurisdiction matters.

3. Prior to my role as a Special Agent for the FBI, I was an Active-Duty military officer with the United States Coast Guard for 13 years. During my time as a Coast Guard Officer, I was deployed many times to support the Coast Guard's counter-drug and migrant interdiction operations and participated in maritime interdictions, arrests, seizures, and other law enforcement actions at sea.

4. The facts set forth in this affidavit arise from my personal and direct participation in the investigation, my experience and training as an FBI Special Agent, my conversations with witnesses and other law enforcement personnel, including consultations with other agents participating in this and related investigations, and my review of relevant documents and reports. I have not included every fact known to me or other investigative personnel concerning this investigation. My specialized training and

Complaint - 2
*United States v. Rodriguez Villegas*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

experience as well as the assistance and input of experienced fellow investigators, form a basis for my opinions and conclusions, which I drew from the facts set forth herein.

5. As set forth below, there is probable cause to believe that defendant Pablo Alejandro RODRIGUEZ VILLEGAS, committed the count alleged above. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known concerning this investigation. I have set forth only the facts I believe are essential for a fair determination of probable cause.

## SUMMARY OF PROBABLE CAUSE

6. On April 10, 2025, a multi-agency tactical team for King County, arrested Pablo Alejandro RODRIGUEZ VILLEGAS in Federal Way, Washington, for *Theft of a Firearm* which occurred in Kittitas County and was reported to law enforcement on April 3, 2025. The firearm stolen was a .40 caliber Smith and Wesson. At the time of the arrest RODRIGUEZ VILLEGAS was wearing a small tan colored backpack across his chest. During the search of RODRIGUEZ VILLEGAS incident to his arrest, a Kent Police Department detective located a 9mm Glock style handgun with an extended/high-capacity magazine inserted into the gun with a round chambered. Furthermore, the Detective observed what appeared to be a "switch" or auto-sear affixed to the rear of the firearm's slide.

7. A switch is a prohibited aftermarket device that can be attached to the slide of a pistol which enables automatic fire versus semi-automatic. A pistol equipped with a switch will continue to fire as long as the trigger is depressed, making it a machine gun. The positioning of the backpack across RODRIGUEZ VILLEGAS' chest, the backpack being partially open, would have created quick and easy access to the firearm for RODRIGUEZ VILLEGAS to retrieve it.

8. A detective from the Federal Way Police Department took possession of the 9mm Glock firearm serial number LCC513 for evidence processing. On April 11, 2025, the Federal Way Detective confirmed the operability of the switch attachment.

Complaint - 3
*United States v. Rodriguez Villegas*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Detective loaded three 9mm bullets into the magazine of the Glock (with the "switch" inserted), and by depressing the trigger to the rear without releasing it, the Glock fired all three rounds of ammunition in rapid succession automatically.

9. According to documents provided by the Government of Mexico pertaining to the identity of RODRIGUEZ VILLEGAS, he is a native and citizen of Mexico, born in the year 2000 in Colima, Mexico.

10. As a law enforcement agency, the FBI utilizes various databases and to aid investigations, including records related to border crossings. There are no records of RODRIGUEZ VILLEGAS being encountered at any United States border crossing.

11. The United States Citizenship and Immigration Services (USCIS) maintains an alien registration administration file—commonly referred to as an "A-file". This file is the official immigration file and a consolidated repository of all known immigration contacts with RODRIGUEZ VILLEGAS. There is no A-file on record with USCIS for RODRIGUEZ VILLEGAS. Agents with the United States Department of Homeland Security (DHS) conducted a review of DHS systems and databases for records on RODRIGUEZ VILLEGAS, using his name, date of birth, and biometric information. These checks resulted in no records found. Having no records found in these systems and databases indicates that RODRIGUEZ VILLEGAS is not a natural born or naturalized citizen of the United States and has otherwise never applied for or received permission to enter or remain the United States. Accordingly, RODRIGUEZ VILLEGAS is an alien illegally and unlawfully in the United States.

12. Based on my consultation with other more experienced agents, I know that Glock handguns are not manufactured in the State of Washington and therefore the Glock 9mm pistol, serial number LCC513 traveled in interstate or foreign commerce prior to being possessed by RODRIGUEZ VILLEGAS.

13. Based on the above facts, I respectfully submit that there is probable cause to believe that Pablo Alejandro RODRIGUEZ VILLEGAS, did knowingly and

Complaint - 4
*United States v. Rodriguez Villegas*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

intentionally commit the crimes of *Illegal Alien in Possession of a Firearm*, in violation of Title 18 United States Code Sections 922(g)(5)(A).

_____
MEILYN QUITIQUIT, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this 18th day of April, 2025.

_____
MARY ALICE THEILER
United States Magistrate Judge

Complaint - 5
United States v. Rodriguez Villegas

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970