UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PABLO ALEJANDRO RODRIGUEZ VILLEGAS,

Defendant.

No. CR25-121-KKE

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' unopposed Motion for a Final Order of Forfeiture ("Motion") for the following property seized on or about April 10, 2025, which has already been forfeited by Defendant Pablo Alejandro Rodriguez Villegas (the "Subject Property"):

a.      one Glock 9mm pistol, with an affixed machinegun conversion device, bearing serial number LCC513; and

b.      any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS a Final Order of Forfeiture is appropriate for the following reasons:

Final Order of Forfeiture - 1
*United States v. Villegas,* CR25-121-KKE

1. On February 2, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 33);

2. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. of Crim. P. 32.2(b)(6)(C) (Dkt. No. 38), and, as required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States reviewed the underlying investigative material and identified no potential claimants to the Subject Property; and,

3. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this __30th__ day of June, 2026.

Kymberly K. Evanson
United States District Judge

Final Order of Forfeiture - 2
*United States v. Villegas,* CR25-121-KKE